## Clarence KELLY v. STATE.
### No. 15212.

Court of Criminal Appeals of Texas.
March 2, 1932.

**1118**

Albert Stein and Gordon O. McGehee, both of Houston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

### HAWKINS, J.

Receiving and concealing stolen property is the offense; penalty assessed at confinement in the penitentiary for two years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

MORROW, P. J., absent.